UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS SENTELL DAVIS | CIVIL ACTION |
| VERSUS | |
| EAST BATON ROUGE PARISH PRISON, ET AL. | NO. 17-00795-BAJ-SDJ |

## RULING AND ORDER

Before the Court is Defendant Dr. A. Brown's **Motion To Dismiss For Insufficiency Of Service (Doc. 66).** The Motion is unopposed. The Magistrate Judge issued a **Report and Recommendation (Doc. 75),** recommending that the Court deny Defendant's Motion. (*Id.* at p. 4). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the instant Motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Defendant Dr. A. Brown's **Motion To Dismiss For Insufficiency Of Service (Doc. 66)** is **DENIED.**

Baton Rouge, Louisiana, this 24th day of August, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**