UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS SENTELL DAVIS                    CIVIL ACTION NO.

VERSUS                                  17-795-BAJ-SDJ

EDMUND PETERS, ET AL.

### ORDER

On September 19, 2019, the parties were ordered to complete discovery in this matter within 90 days of defendant's first appearance and to file cross motions for summary judgment within 120 days of defendant's first appearance.[1]  R. Jackson and K. Mills filed a Motion to Dismiss and requested that discovery be stayed pending resolution of the motion to dismiss.[2]  The Court stayed discovery and ordered discovery to be completed within 90 days and cross-motions for summary judgment to be filed within 120 days from the issuance of a final ruling on the pending Motion to Dismiss.[3]  The Court denied the Motion to Dismiss on July 13, 2020.  R. Jackson and K. Mills filed an answer in this matter on July 22, 2020.[4]  Discovery has been exchanged, but neither party has moved for summary judgment.[5]  Pursuant to the Court's inherent power to control its docket,[6]

**IT IS ORDERED** that the deadline for R. Jackson, K. Mills, and Plaintiff to file a motion for summary judgment is **EXTENDED** on the Court's own motion to **July 8, 2022**.[7]  If no motion

---

[1] R. Doc. 17.
[2] R. Docs. 40, 48, & 49.
[3] R. Doc. 49.
[4] R. Doc. 52.
[5] R. Docs. 53, 54, 55, & 56.
[6] *See Laitram Machinery, Inc. v. Carnitech A/S*, 908 F.Supp. 384, 387-88 (E.D. La. Dec. 18, 1995), quoting *Landis v. North American Co.*, 299 U.S. 248 254 (1936) ("A court has inherent power to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (internal quotations omitted)).
[7] *See Realtime Data, LLC v. Rackspace US, Inc. et al.*, No. 16-961, 2017 WL 2636540, at *4 (E.D. Tex. June 19, 2017) (*sua sponte* extending the deadline for dispositive motions).  Though Edward Peters is still a party in this action,

for summary judgment is timely filed, an order will be issued setting a deadline for the parties to file a pretrial order and scheduling a preliminary pretrial conference.

Signed in Baton Rouge, Louisiana, on June 17, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

it has been recommended that Plaintiff's claims against Peters be dismissed with prejudice, so for judicial economy, the Court finds it prudent to establish a summary judgment deadline for R. Jackson and K. Mills. In the event Peters is not dismissed from this action, the Court will reconsider.