UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS SENTELL DAVIS                                          CIVIL ACTION

VERSUS

EDMUND PETERS, ET AL.                                  NO. 17-00795-BAJ-SDJ

RULING AND ORDER

Before the Court are Plaintiff and Defendants K. Mills and R. Jackson's **Cross-Motions for Summary Judgment (Doc. 93; Doc. 94).** Defendants oppose Plaintiff's Motion. (Doc. 96).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 97),** recommending that the Court grant Defendants' Motion and deny Plaintiff's Motion. (*Id.* at p. 8). The Magistrate Judge further recommends that the Court dismiss Plaintiff's remaining claims for excessive force and failure to intervene with prejudice. (*Id.*). Finally, the Magistrate Judge recommends that the Court close the above-captioned matter. There are no objections to the Report.

Having carefully considered the underlying Complaint, the Motions at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants K. Mills and R. Jackson's **Motion for Summary Judgment (Doc. 93) is GRANTED.**

1

IT IS FURTHER ORDERED that Plaintiff's **Motion for Summary Judgment (Doc. 94)** is DENIED.

IT IS FURTHER ORDERED that Plaintiff's claims for excessive force and failure to intervene are **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-captioned matter be and is hereby **DISMISSED**.

Baton Rouge, Louisiana, this 31st day of August, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**